IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EDWARD ROSE DEVELOPMENT COMPANY, L.L.C. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 1:20-cv-2723-JMS-MJD<br>) |
| CANALE , INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**ORDER GRANTING EDWARD ROSE DEVELOPMENT COMPANY, L.L.C.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

This matter came before the Court on the Notice of Voluntary Dismissal filed by Plaintiff Edward Rose Development Company, L.L.C. Being duly advised, and finding that defendant Canale, Inc. has not filed an answer or motion for summary judgment, the Court hereby ORDERS that this matter be, and hereby is, DISMISSED WITHOUT PREJUDICE [9].

Date: 1/7/2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution via ECF:
jtlarson@btlaw.com
alyssa.hughes@btlaw.com

and by U.S. Mail upon:
Canale Inc.
7333 Old Mill Road
Roanoke, VA  24061